FILED
HARRISBURG, PA

MAR 2 6 2024

PER_____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA


Sean A. Fairweather

v.                                                      4:24-cv-517  SES

Comfort Suite and Inn/
Choice Hotels


### Civil Action At Law

And now, comes the Plaintiff (Sean A. Fairweather), acting in Po Se capacity and I.F.P, hereby moves this Honorable Court in a Civil Action At Law. In support thereof, the plaintiff avers the following:

### Jurisdiction and Venue.

1. The Comfort Suite Inn/ Chocie Hotels jurisdiction is under 28 U.S.C. 1332, where parties are citizens of different states. The Comfort Suite and Inn has muiltiple buisnesses throughtout Pennsylvania and throughout the United States; and is in partnership with parent company Choice Hotels with numerous Hotels under ther umbrella and has citizenship in every states.

2. This makes Comfort Suite and Inn "Divertsity of Jurisdiction and Diversity of Citizenship" under 28. U.S.C. 1332.

3. As the incident in question occured at Comfort Inn and Suites, 2160 Elmira Street, Sayre, Pennsylvania 18840. The venue is authorized in accordance with Pa.R.C.P Rule 1006.

### Citizenship of Principal Parties

4. The plaintiff Sean Fairweather is a citizen of Pennsylvania, United States born.

5. Defendant, Comfort Inn and Suites, 2160 Elmira Street, Sayre, Pennsylvania 18840, in "Bradford County", Pennsylvania; which has several locations throughout the "Middle District of Pennsylvania".

### Allegations of Fact

6. On or around 11/04/2023 or 11/05/2023. The Athens Police was called to the Comfort Suite and Inn, 2160 Elmira Street, Sayre, Pennsylvania 18840.

7. The Athens Police was called to the Comfort Suite and Inn by a staff member of the hotel; the Athens Police was yelling for the plaintiff, then entered a room where they thought the plaintiff was. The plaintiff was detained two days prior by State Parole.

8. The reason why a staff member from the Comfort Suite and Inn had place a call was because they thought because his car was there along with his girlfriends sister staying at the Comfort Suite and Inn. Its "Harrassment", "Defamation" and "Negligence; (Foreseeability of Harm or the Manner of its Occurane)". If the actors conducct is substatial factor in bringing about harm to another, Ford v. Jeffiries 474 Pa. 588, 329 A.2d 111 (1977). Also Slander at this point.

9. About a week later the plaintiff's friend/girlfriend drove his vehicle again to Comfort Suite and Inn 2160 Elmira Street, Sayre, Pennsylvania 18840 to visit her family. The vehicle 2015 Grey Doge Charger registered to the plaintiff.

10. The weekend of 11/12/2023, 11/13/2023, an when the plaintiff contacts his girlfriend she notifies him that his car has been keyed very badly. She reports it to management to check any video footage and nothing came about.

11. The plaintiff is a contractor in the Northeast Pennsylvania and surrounding towns and counties, who lost very important job oppurtunities due to all the malay. Now its destruction of property vehicle damage.

12. The Comfort Suites and Inn violated rights and priviledges as a citizen of the United States under section 1985 of Title 42.

13. Under the United States Constitution Article 12."No one shall be subjected to arbitrary interference with his privacy, family, home or correspondence, nor to attacks upon his honor and reputation. Everyone has the right to the protection of the law against such interference or attacks".

14. The plaintiff was one of the states residents and car is registered in the state, and Comfort Suite and Inn does substantial buisness in the state- among things like advertising and serive. Ford Motor Co. v. Montana Eight Judicial District Court, 141 S.Ct, 1017 (2021).

15. 14th Amendment limits the personal jurisdiction of State Courts, because state coutrs assertion of jurisdiction expose defendents to the state coercive power, it is subjected to review for compatibility with the 14th Amendment Due Process clause "Goodyear Dunlop Tires Operations, S.A. v. Brown, 564 U.S 915, 918 (2011). Which limits the poer of a state cort to render a valid personal judgement against a non resident defendant, "Worldwide Volkswagon v. Woodson, 444 U.S. 286, 291 (1980). the primary focus of jurisdiction is the defendants relationship to the Forum State.

16. In determing whether personal jurisdiction is present; "The intrest of the form state and of the plaintiff in proceeding with the cause in the plaintiff form of choice". They are a consequence of territorial limitations on the power of respective states; Hanson v. Denckla, 357 U.S. 235, 251 (1958). "The states retain many attributes of sovereignty.

17. The 14th Amendment Due Process Clause limits a state courts power to excersie jurisdiction over a defendant/corporation such as "Comfort Suite and Inn". The canonical decision in this; International Shoe Co v. Washington, 326 U.S. 310 (1945).

Nature of Suit/ Cause of Action

18. In Article 12. of the constitution "No one shall be subjected to arbitrary interference with his privacy, family, home or correspondence, nor to attacks upon his honor and reputation". Comfort Suites and Inn violation of the constitution of the commonwealth and the constitution and laws of the United States in the circumstances of the complaint in this particular case, so underminded the plaintiff life, liberty and property. In this case (A) Defamation code- 008 (B) Motor Vehicle Property Damage code- 001 (C) Harrassment (D) Negligence (E) Slander

19. Plaintiff (Sean A. Fairweather) disfigurement,pain and suffering due to the violations performed by th defendant; violated the plaintiff rights and privilege as a citizen of the United States under section 1985 of Title 42.

20. Plaintiff suffers from day to day mental stress due to the unreasonable behavior and destruction of the plaintiff property and reputation. Comfort Suite and Inn "Ethnical Violations" caussed "Past of Loss Earnings and Capacity", (Civ.) 6. OIC; Pratt v. Stein, 298 Pa. Super. 92, 444 A.2d 674 (1982).

21. Loss of wages in the sum os $80,000, vehicle damages in the sum of $13,500, "Future Earnings" (vehicle was used for advertseing and to take potential clients out and also to do over job details). Hawthorne v. Dravo Corp. 352, Pa. Super, 359, 508 A.2d 298 (1986). That is the sum of $180,000 and more.

22. Plaintiff is in counseling now D.B.T and will continue with D.A.T.S and has a refferal to Scranton Counseling Center for Family and Individual counseling rangeing in the sum of $300,000 or more, plaintiff has (5) children and (4) siblings and is greiving the passing of grandparents passing of late.

23. The damages (Sean A. Fairweather) is entitled to recover for disfigurement mentally and socially, pain and suffering, personal property damage present value is around $800,000. Future losses from the defendant due to loss consortium as the result of injuries to the plaintiff in the sum somewhere around $2,000,000 .

Prayer For Relief

Wherefore plaintiff humbly and respectfully prays that the Honorable Court enter judgement granting the plaintiff: (A) A declaration that the acts and ommisions described herin violated the plaintiff rights under thr "Constitution and laws of the United States". (B) Order Defendant "Comfort Suite and Inn" to pay compensatory, monetary and punitive damages. Grant of relief that this cout deem just, proper and equitable.

Respectfull Submitted,

Date 3-21-24

Sean A. Fairweather.

SCI-DAILAS
1000 Follies ROAD
DAllAS, PA 18612

## ■. SIGNATURE

By signing this complaint, you represent to the court that the facts alleged are true to the best of your knowledge and are supported by evidence, that those facts show a violation of law, and that you are not filing this complaint to harass another person or for any other improper purpose.

Local Rule of Court 83.18 requires *pro se* plaintiffs to keep the court informed of their current address. If your address changes while your lawsuit is being litigated, you must immediately inform the court of the change in writing. By signing and submitting the complaint form, you agree to provide the Clerk's Office with any changes to your address where case-related papers may be served, and you acknowledge that your failure to keep a current address on file with the Clerk's Office may result in dismissal of your case.

Signature of Plaintiff

3-21-24

Date

Smart Communications/PADOC
SCI-Dallas

NAME Sean Fairweather

NUMBER NL2917

INMATE MAIL

US POSTAGE ℠ PITNEY BOWES

ZIP 18612 $ 000.64⁰
02 4W
0000385735 MAR 22 2024

SCI-DALLAS
1000 Follies Road
Dallas, PA 18612

RECEIVED
HARRISBURG, PA

MAR 26 2024

PER _____ DEPUTY CLERK

United States District Court
Sylvia H. Rambo United States Courthouse
1501 North 6th Street, Suite 101
Harrisburg, PA 17102